JUDE C. COOPER, ESQ.
California Bar Number 213552
BECKER & POLIAKOFF, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 221-2814
E-Mail: JCooper@beckerlawyers.com

*Counsel for Plaintiffs,*
*OHANA MARKETING, LLC and*
*DIANA Q. LISTA*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| OHANA MARKETING, LLC, a Delaware limited liability company; and DIANA Q. LISTA,<br><br>Plaintiffs,<br><br>v.<br><br>MV L'ESTEREL, HIN# 1002160384, HER ENGINES, TACKLE, FURNITURE, APPAREL, AND APPURTENANCES, *IN REM*; and ESTATE OF ROBERT GIBSON, deceased,<br><br>Defendants. | Case No.: _____<br><br>**COMPLAINT TO ARREST AND SEIZE VESSEL** |

Comes now Plaintiffs, OHANA MARKETING, LLC and DIANA Q. LISTA, by and through undersigned counsel, and files this Complaint to Arrest and Seize the Vessel known as "MV L'Esterel," her engines, tackle, furniture, apparel, and appurtenances, in rem; and as against the interest of the Estate of Robert Gibson, deceased, as follows:

**FIRST CAUSE OF ACTION**

**<u>Arrest and Seizure of Vessel</u>**

1. This is an action to arrest and seize a vessel pursuant to Chapter 46 of the United States Code. This Court has original subject matter jurisdiction over this action.

14959502v.1

2. Plaintiff, Ohana Marketing, LLC, is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Miami, Florida.

3. Plaintiff, Diana Q. Lista, is an individual residing in Miami-Dade County, Florida, and is otherwise *sui juris*.

4. The vessel "L'Esterel" is a 1984 98' Broward yacht, bearing an HIN# of BM1002160384, and a Florida registration number of FL4091NV. It currently lies within this District, at 14120 Tahiti Way, Slip A-103, Marina del Rey, CA 90292.

5. The defendant, Estate of Robert Gibson, deceased, is the Estate created upon the death of Robert Gibson, an individual who entered into an LLC Membership Purchase Agreement with Diana Q. Lista, for the purchase of the interest in the Plaintiff LLC, whose sole asset is the vessel "L'Esterel."

6. Plaintiff Ohana Marketing, LLC is, and at all times since July 23, 2015, has been the true, lawful, and sole owner of the vessel, having purchased the vessel from Marine Francaise, LLC on July 23, 2015, for consideration of $700,000.00. Marine Francaise, LLC duly executed and delivered to Plaintiff Ohana Marketing, LLC a bill of sale of the vessel, and Plaintiff duly registered the vessel and recorded such bill of sale at the Port of Miami, Florida, in the manner prescribed by law. A copy of the bill of sale is attached hereto as Exhibit "A," and made a part of this Complaint by reference.

7. Plaintiff Ohana Marketing, LLC took possession of the vessel at the time of such purchase, and Plaintiff Ohana Marketing, LLC now is, and at all times such purchase has been, entitled to sole possession of the vessel.

8. In December of 2017, Plaintiff Ohana Marketing, LLC entered into an Operating Agreement with Robert Gibson, whereby the parties agreed to the operation and management of

Ohana Marketing, LLC, a limited liability company whose sole asset is the vessel referenced in this action. A copy of the Operating Agreement is attached hereto as Exhibit "B," and made a part of this Complaint by reference.

9. On or about December 8, 2017, Plaintiff Diana Q. Lista and Robert Gibson executed an LLC Membership Interest Purchase Agreement. A copy of the LLC Membership Interest Purchase Agreement is attached hereto as Exhibit "C," and made a part of this Complaint by reference.

10. Under the terms of the LLC Membership Interest Agreement, Plaintiff Diana Q. Lista agreed to sell, and Mr. Gibson agreed to buy, 100 percent of her interest in Ohana Marketing, LLC.

11. Pursuant to paragraph 2 of the LLC Membership Interest Agreement, Mr. Gibson agreed to pay as partial compensation for the membership interest in Ohana Marketing a balloon payment of $249,000.00, on or before February 9, 2021.

12. Pursuant to paragraph 3b of the LLC Membership Interest Agreement, "Failure to tender all of the required payments and the balance of the purchase price by the agreed dates will result in a default of this Agreement."

13. Pursuant to paragraph 3c of the LLC Membership Interest Agreement, "In case of default, Buyer [Gibson] will pay any and all damages resulting for his failure to provide regular maintenance or repairs to the Vessel during the term of this Agreement."

14. Pursuant to paragraph 3f of the LLC Membership Interest Agreement:

> If Buyer fails to make payment within fifteen (15) days of the payment due date set forth and in accordance with the Schedule of Payments, then notice shall be given, and Buyer shall have thirty (30) days in which to cure the default ("right to cure"). No action may be brought to repossess the VESSEL or any action for an order of the court until after the expiration of the "right to cure." Upon declaration of default and expiration of the cure period, Buyer agrees to return the VESSEL to the Seller or Seller's agent. If Buyer fails to tender the VESSEL upon demand, Seller reserves the right to peacefully repossess the vessel or obtain a Court order permitting arrest

and seizure of the VESSEL.

15. Robert Gibson defaulted under the LLC Membership Interest Purchase Agreement by failing to tender the required balloon payment on or before February 9, 2021.

16. Robert Gibson passed away, and on information and belief, the Estate of Robert Gibson, deceased, is administering his affairs.

17. Pursuant to the terms of the contract, Plaintiff Ohana Marketing, LLC has duly demanded that defendant Estate of Robert Gibson tender possession of the vessel to Plaintiff Diana Q. Lista, but the defendant has failed and refused, and still fails and refuses to do so, and continues wrongfully to withhold possession of the vessel from Plaintiffs, presumably relying on portions of the LLC Membership Interest Purchase Agreement, even though that Agreement, by its own terms, required immediate surrender of the vessel in the event of an uncured default.

18. Based the foregoing, Plaintiff has a valid maritime lien against the vessel and against the Estate of Robert Gibson, and, therefore, may, pursuant to federal law, seek the relief requested in this action.

WHEREFORE, Plaintiffs pray:

a. That process in due form of law, according to the rules and practice of this Court in causes of admiralty and maritime jurisdiction, may issue against the vessel "L'Esterel."

b. That the Estate of Robert Gibson, deceased, and any other person claiming to have an interest in the vessel, may be cited to appear and answer all matters stated above;

c. That the Court enter judgment in favor of Plaintiffs, Ohana Marketing, LLC and Diana Q. Lista, and order the delivery to Diana Q. Lista, on behalf of Ohana Marketing, LLC, as the entity having sole title of the vessel;

d. That the Court grant damages, interest, and costs incurred to Plaintiff, Ohana Marketing, LLC, on evidence proffered, and pursuant to the terms of the LLC Membership Interest

- 4 -

VERIFIED COMPLAINT

14959502v.1

Purchase Agreement; and

  e.  That Plaintiffs have such other and further relief as the Court deems just and proper.

Dated: April 9, 2021       BECKER & POLIAKOFF, P.A.

             By: _____
               Jude C. Cooper, Esq.
               Attorneys for Plaintiffs
               OHANA MARKETING, LLC and
               DIANA Q. LIST

## VERIFICATION

On behalf of OHANA MARKETING, LLC, I, Diana Q. Lista, declare as follows:

1. I am a party to this action, in my individual capacity and in my capacity as an Officer and Shareholder of Ohana Marketing, LLC.

2. I have read the foregoing Complaint and know of the contents thereof.

3. Based on my own knowledge, the facts contained in the foregoing Complaint are true and correct.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Diana Q. Lista*
Diana Q. Lista, on behalf of
Ohana Marketing, LLC